EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

BRUCE P. KELLER (*of counsel*)
JEREMY FEIGELSON (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 521-7230
Email:  bpkeller@debevoise.com; jfeigelson@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-VBF (MRW)<br><br>Hon. Valerie Baker Fairbank<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  September 23, 2011<br>Current response date:  October 14, 2011<br>New Response date:  November 11, 2011 |

Plaintiff Penske Media Corporation ("Penske") and Defendant Prometheus Global Media, LLC ("Prometheus") (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

1

1  WHEREAS, Penske filed the Complaint for Copyright Infringement (the

2  "Complaint") in the above captioned action on September 14, 2011;

4  WHEREAS, Penske served Prometheus with the Complaint on September

5  23, 2011;

7  WHEREAS, Prometheus' response to the Complaint is presently due on

8  October 14, 2011, i.e., 21 days after the date of service;

10  WHEREAS, the Parties have not previously stipulated to any extension of

11  time for Prometheus to respond to the Complaint;

13  WHEREAS, the Parties are not seeking an extension of the deadline for

14  Prometheus to respond to the Complaint exceeding thirty (30) days;

16  IT IS HEREBY STIPULATED and agreed to by and among the Parties as

17  follows:

19  The deadline for the filing and service of Prometheus' responsive pleading

20  to the Complaint is extended from Friday, October 14, 2011 to Friday, November

21  11, 2011.

23  DATED: October 14, 2011       FREEDMAN & TAITELMAN, LLP

                                  By: /s/ Bryan J. Freedman
                                      Attorneys for Plaintiff PENSKE
                                      MEDIA CORPORATION

SAUER & WAGNER LLP
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

1  DATED: October 14, 2011                SAUER & WAGNER LLP

2

3                                                      By: */s/ Eve H. Wagner*
                                                              Attorneys for Defendant
4                                                      PROMETHEUS GLOBAL MEDIA, LLC

5

6  I hereby attest that the concurrence in the filing of this document had been
   obtained for all signatures indicated by a "conformed" signature (/s/) within this e-
7  filed document.

8

9  DATED: October 14, 2011                SAUER & WAGNER, LLP

10

11                                                     By: */s/ Eve H. Wagner*
                                                              Attorneys for Defendant
12                                                     PROMETHEUS GLOBAL MEDIA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SAUER & WAGNER LLP**
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

3
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)