EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax:
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-VBF (MRW)<br><br>Hon. Valerie Baker Fairbank<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[*PROPOSED*] ORDER LODGED CONCURRENTLY HEREWITH |

Plaintiff Penske Media Corporation ("Penske") and Defendant Prometheus Global Media, LLC ("Prometheus") (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, Penske filed the Complaint for Copyright Infringement (the "Complaint") in the above captioned action on September 14, 2011;

WHEREAS, Penske served Prometheus with the Complaint on September 26, 2011;

WHEREAS, Prometheus' response to the Complaint was originally due on October 17, 2011, i.e., 21 days after the date of service;

WHEREAS, the Parties previously stipulated to a thirty (30) day extension of time for Prometheus to respond to the Complaint, extending that deadline to November 16, 2011;

WHEREAS, the Parties are currently engaging in settlement discussions and wish to avoid any unnecessary costs; and

WHEREAS, Penske and Prometheus have accordingly agreed that Prometheus should have an additional thirty (30) days to respond to the Complaint:

IT IS HEREBY STIPULATED and agreed to by and among the Parties as follows:

The deadline for the filing and service of Prometheus' responsive pleading to the Complaint is extended from Wednesday, November 16, 2011 to Friday, December 16, 2011.

DATED: November 2, 2011         FREEDMAN & TAITELMAN, LLP

                                By: */s/ Bryan J. Freedman*
                                    Attorneys for Plaintiff PENSKE
                                    MEDIA CORPORATION

1  DATED: November 2, 2011          SAUER & WAGNER LLP

2

3                                   By: */s/ Eve H. Wagner*
                                        Attorneys for Defendant
4                                       PROMETHEUS GLOBAL MEDIA, LLC

5

6  I hereby attest that the concurrence in the filing of this document had been
   obtained for all signatures indicated by a "conformed" signature (/s/) within this e-
7  filed document.

8

9  DATED: November 2, 2011          SAUER & WAGNER, LLP

10

11                                  By: */s/ Eve H. Wagner*
                                        Attorneys for Defendant
12                                      PROMETHEUS GLOBAL MEDIA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28