EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax:
Email:  jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-VBF (MRW)<br><br>Hon. Valerie Baker Fairbank<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO DECEMBER 16, 2011**<br><br>*SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT* FILED CONCURRENTLY HEREWITH |

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for the filing and service of Defendant Prometheus Global Media, LLC's responsive pleading to the Complaint is extended from Wednesday, November 16, 2011 to Friday, December 16, 2011.

Dated: _____, 2011          _____
                                  Judge of the United States District