UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7560-VBF (MRWx)**                              Date: December 19, 2011

Title:   Penske Media Corporation -v- Prometheus Global Media LLC et al.

---

**PRESENT: HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　None                                                                    None

**PROCEEDINGS (IN CHAMBERS):     ORDER SETTING SCHEDULING CONFERENCE**

Counsel are hereby notified that a Scheduling Conference has been set for **February 9, 2012**, at **11:30 a.m.**, before Judge Valerie Baker Fairbank in Courtroom 9, U.S. Courthouse, 312 N. Spring Street, Los Angeles.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Rule 26(f) Report, ADR Program Questionnaire, and a Notice of Settlement Procedure Selection Form ADR-1 on or before **January 26, 2012**.  The title page of the report must state the date and time of the Scheduling Conference.  The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.  **A mandatory chambers copy of the report shall be delivered to chambers by 12:00 p.m. the following day.**

If counsel fail to file the required Joint Rule 26(f) Report and a Notice of Settlement Procedure Selection form or fail to appear at the Scheduling Conference and such failure is not otherwise satisfactorily explained to the Court, the Court may take such action as it deems appropriate, such as monetary sanctions, or ultimately, dismissal or default.

**Plaintiff's counsel is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.**

Initials of Deputy Clerk   jre

(Rev. 10/1/04)