NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067
Tel: (310) 712-8100; Fax: (310) 712-8108

ATTORNEYS FOR:  Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION,<br>dba PMC, a Delaware corporation,<br><br><br>Plaintiff(s),<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a<br>Delaware limited liability company d/b/a<br>hollywoodreporter.com; and DOES 1 through 10<br>Defendant(s) | CASE NUMBER:<br><br>CV11-7560-VBF (MRW)<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Prometheus Global Media, LLC

(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Prometheus Global Media Holdings, LLC ("Holdings") | Whole-owner of Defendant Prometheus Global Media, LLC ("Prometheus") |
| Investment entities advised or managed by Guggenheim Partners | Part owners of Holdings |
| Pluribus Entertainment, L.P., an investment partnership owned by certain individual investors and by News Communications, Inc., a privately held company | Part owners of Holdings |
| The Hollywood Reporter, LLC | A subsidiary of Prometheus involved in this lawsuit |
| ACE Westchester Specialty Group, part of the ACE Group. The ACE Group is headed by ACE Limited, which is listed on the NYSE and is a component of the S&P 500 stock index | Prometheus's insurer with respect to this matter |

December 20, 2011
Date

Sign

Defendant Prometheus Global Media, LLC
Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES