```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
```

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-7560-VBF (MRWx)**                    Dated: **January 5, 2012**

Title:    Penske Media Corporation -v- Prometheus Global Media LLC et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                              None Present
      Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**       **ORDER RE SCHEDULING CONFERENCE**

    The Scheduling Conference, set for February 9, 2012, at 11:30 am, is CONTINUED to February 9, 2012, at 1:30 p.m. due to scheduling conflicts. Counsel shall appear before Judge Fairbank, Courtroom 9, 312 N. Spring Street, Los Angeles, CA 90012 at this new time.

    **IT IS SO ORDERED.**


MINUTES FORM 90                              Initials of Deputy Clerk    jre
CIVIL - GEN

-1-