Name, Address and Telephone Number of Attorney(s):
Bryan J. Freedman, Esq. (SBN 151990)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>v.         Plaintiff(s)<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br>                                           Defendant(s). | CASE NUMBER<br><br>CV 11-7560-VBF (MRWx)<br><br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☑ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.
Plaintiff consents only to the magistrate judge. Defendant consents to the district or the magistrate judge.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: January 26, 2012      Bryan J. Freedman  /s/
                             Attorney for Plaintiff Penske Media Corporation

Dated:                       _____
                             Attorney for Plaintiff

Dated: January 26, 2012      Eve Wagner  /s/
                             Attorney for Defendant Prometheus Global Media, LLC

Dated:                       _____
                             Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.