```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
```

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7560-VBF (MRWx)**              Dated: **January 31, 2012**

Title:     Penske Media Corporation -v- Prometheus Global Media LLC et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

```
           Joseph Remigio                      None Present
           Courtroom Deputy                    Court Reporter
```

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER RE CASE SCHEDULE**

The Court has received the Report of the Parties' Planning Meeting. Docket No. 15. The scheduling conference on calendar for February 9, 2012 at 1:30 p.m. is **VACATED**. The Court adopts the following dates and deadlines:

```
Rule 26(a) Disclosures:         February 7, 2012
Fact Discovery Cut-Off:         November 9, 2012
Initial Expert Disclosure:      December 9, 2012
Rebuttal Expert Disclosures:    January 9, 2013
Expert Witness Discovery:       February 9, 2013
Settlement Conference:          May 17, 2013
Motion Cut-Off:                 May 20, 2013
Final Pre-Trial Conference:     June 24, 2013, 1:30 p.m.
Trial Date:                     July 9, 2013, 8:30 a.m.
```

The parties request ADR Procedure No. 1. However, settlement proceedings before a magistrate judge are generally unavailable before judges participating in the Court-Directed ADR Program. *See* L.R. 26-1(c); General Order § 5.1. Accordingly, the parties are ordered to submit a revised ADR Procedure Selection form within two weeks.

While any discovery disputes should be handled by the assigned magistrate judge, the Court notes that: (1) "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense," Fed. R. Civ. P. 26(b)(1); and (2) should Plaintiff seek to amend its Complaint to add claims, it should do so in accordance with the Federal and Local Rules.

**IT IS SO ORDERED.**

MINUTES FORM 90                      Initials of Deputy Clerk    jre
CIVIL - GEN

-1-