Name, Address and Telephone Number of Attorney(s):

Bryan J. Freedman, Esq. (SBN 151990)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>                          v.                          Plaintiff(s)<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br>                                                      Defendant(s). | CASE NUMBER<br><br>CV 11-7560-VBF (MRWx)<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
   ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: February 14, 2012        Steven B. Stiglitz  /s/
                                Attorney for Plaintiff Penske Media Corporation

Dated:
                                Attorney for Plaintiff

Dated: February 14, 2012        ~~Anthony Sbardellati~~  Eve H. Wagner  /s/
                                Attorney for Defendant Prometheus Global Media, LLC

Dated:
                                Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.