Bryan J. Freedman, Esq. (SBN 151990)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation, <br><br> Plaintiff(s) <br> v. <br><br> PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive, <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 11-7560-VBF (MRWx) <br><br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Hon. Patricia Collins_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: March 12, 2012

Steven B. Stiglitz
Attorney For Plaintiff   Penske Media Corporation

Dated:

Attorney For Plaintiff

Dated: March 12, 2012

Anthony Sbardellati
Attorney For Defendant   Prometheus Global Media, LLC

Dated:

Attorney For Defendant

Attorney for Plaintiff to electronically file original document.