UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



In the Matter of the Reassignment of Cases )
from the Calendar of                       )   ORDER OF THE
                                           )   CHIEF JUDGE
                                           )
of                                         )
                                           )   12-004
                                           )
Judge Valerie Baker Fairbank               )
_____)

    IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge Valerie Baker Fairbank to the calendar of Judge Josephine Staton Tucker for all further proceedings:

CV 11 07560 VBF(MRWx)  Penske Media Corporation v. Prometheus Global Media LLC et al.

DATED: March 12, 2012

_____
Chief Judge Audrey B. Collins