UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7560-JST(MRWx) | Date | March 15, 2012 |
|---|---|---|---|
| Title | PENSKE MEDIA CORPORATION, etc. v. PROMETHEUS GLOBAL MEDIA LLC, etc. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Ellen Matheson | | Not Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER ON REASSIGNMENT OF CASE

   Pursuant to the order of the Chief Judge, this case has been reassigned from the Hon. Valerie Baker Fairbank to Judge Josephine Staton Tucker, Ronald Reagan Federal Building & United States Courthouse, Courtroom 10A, 411 West Fourth Street, Santa Ana, California. .

   On the Court's own motion, the Final Pretrial Conference shall remain scheduled for June 24, 2013, at 1:30 p.m.; an Exhibit Conference is scheduled for July 12, 2013, at 3:00 p.m.; and the Jury Trial is ordered continued from July 9, 2013, at 8:30 a.m., to July 16, 2013, at 9:00 a.m. All deadlines remain as previously set.

   Counsel's attention is directed to the Court's Trial Order filed concurrently with this Minute Order.

                                                                                                                              :
                                                              Initials of Preparer    enm