UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Penske Media Corporation | CASE NUMBER |
| Plaintiff(s) | 11-CV-07560-JST |
| v. | |
| Prometheus Global Media LLC, et al. | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☒ A mediation was held on (date): July 17, 2012

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☒ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settled?
   - ☐ Yes, fully.
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☒ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date): ongoing email + telephonic discussions.

Dated: 8-16-12

_____
Signature of Mediator

Hon. Patricia L. Collins, retired
Name of Mediator (print)

The Mediator is to electronically file original document.