EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax:
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-JST (MRW)<br><br>Hon. Josephine Staton Tucker<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT DATES**<br><br>[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH |

Plaintiff Penske Media Corporation ("Penske") and Defendant Prometheus Global Media, LLC ("Prometheus") (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, the Court issued a Scheduling and Case Management Order on January 31, 2012 (Hon. Valerie Baker Fairbank, presiding);

WHEREAS, the Parties engaged in mediation before the Hon. Patricia Collins (ret.) on July 17, 2012 and are currently engaged in settlement discussions still involving Judge Collins;

WHEREAS the Parties wish to allow settlement discussions to continue without incurring unnecessary costs and without discovery deadlines expiring; and

WHEREAS, Penske and Prometheus have accordingly agreed that:

IT IS HEREBY STIPULATED and agreed to by and among the Parties that the case management dates be continued by approximately six months and revised as follows:

|  | Current Date | Revised Date |
| --- | --- | --- |
| Fact discovery cut-off | Nov. 9, 2012 | May 9, 2013 |
| Initial expert disclosure | Dec. 9, 2012 | June 7, 2013 |
| Rebuttal expert disclosures | Jan. 9, 2013 | July 9, 2013 |
| Expert witness discovery | Feb. 9, 2013 | Aug. 9, 2013 |
| Settlement conference | May 17, 2013 | Nov. 15, 2013 |
| Motion cut-off | May 20, 2013 | Nov. 20, 2013 |
| Final pretrial conference | June 28, 2013 (1:30 pm) | Jan. 9, 2014 (1:30 pm) |
| Exhibit conference | July 12, 2013 (3:00 pm) | Jan. 24, 2014 (3:00 pm) |
| Jury trial | July 16, 2013 (9:00 am) | Jan. 28, 2014 (9:00 am) |

SAUER & WAGNER LLP
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

| | | |
|---|---|---|
| 1 | DATED: October 30, 2012 | FREEDMAN & TAITELMAN, LLP |
| 2 | | |
| 3 | | By: /s/ *Bryan J. Freedman* |
| | | Attorneys for Plaintiff PENSKE |
| 4 | | MEDIA CORPORATION |
| 5 | | |
| 6 | DATED: October 30, 2012 | SAUER & WAGNER LLP |
| 7 | | |
| 8 | | By: /s/ *Eve H. Wagner* |
| | | Attorneys for Defendant |
| 9 | | PROMETHEUS GLOBAL MEDIA, LLC |

I hereby attest that the concurrence in the filing of this document had been obtained for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| | | |
|---|---|---|
| 14 | DATED: October 30, 2012 | SAUER & WAGNER, LLP |
| 15 | | |
| 16 | | By: /s/ *Eve H. Wagner* |
| | | Attorneys for Defendant |
| 17 | | PROMETHEUS GLOBAL MEDIA, LLC |