EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax:
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-JST (MRW)<br><br>Hon. Josephine Staton Tucker<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO DECEMBER 16, 2011**<br><br>*STIPULATION TO EXTEND CASE MANAGEMENT DATES* FILED CONCURRENTLY HEREWITH |

[PROPOSED] ORDER EXTENDING CASE MANAGEMENT DATES

# [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the following revised schedule of trial and pre-trial dates shall apply in this case:

| | |
|---|---|
| Fact discovery cut-off | May 9, 2013 |
| Initial expert disclosure | June 7, 2013 |
| Rebuttal expert disclosures | July 9, 2013 |
| Expert witness discovery | Aug. 9, 2013 |
| Settlement conference | Nov. 15, 2013 |
| Motion cut-off | Nov. 20, 2013 |
| Final pretrial conference | Jan. 9, 2014 (1:30 pm) |
| Exhibit conference | Jan. 24, 2014 (3:00 pm) |
| Jury trial | Jan. 28, 2014 (9:00 am) |

Dated: _____, 2012

_____
Judge of the United States District

1

[PROPOSED] ORDER EXTENDING CASE MANAGEMENT DATES

SAUER & WAGNER LLP
1801 CENTURYPARK EAST, SUITE 1150
LOS ANGELES, CA 90067