EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax:
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-JST (MRW)<br><br>Hon. Josephine Staton Tucker<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT DATES**<br><br>[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH |

Plaintiff Penske Media Corporation ("Penske") and Defendant Prometheus Global Media, LLC ("Prometheus") (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

1

WHEREAS, the Court issued a Scheduling and Case Management Order on January 31, 2012 (Hon. Valerie Baker Fairbank, presiding);

WHEREAS, the Parties timely engaged in mediation before the Hon. Patricia Collins (ret.) on July 17, 2012;

WHEREAS, the Parties were encouraged by the progress made at the mediation before Judge Collins and have been engaged in ongoing settlement discussions still involving Judge Collins on a regular basis since the mediation, including frequent email and telephone communications with Judge Collins, which the Parties invite the Court to confirm with Judge Collins;

WHEREAS, the Parties are committed to continuing to work intensively and in good faith with Judge Collins and one another, including the possibility of an additional face to face mediation before Judge Collins in the near future;

WHEREAS, the Parties have propounded written and deposition discovery;

WHEREAS, the Parties have met and conferred regarding certain discovery propounded by Plaintiff and Defendant and have reached an impasse that likely will require motion practice;

WHEREAS, Defendant has asserted that the potential damages available to Plaintiff do not justify the cost of litigation, including the cost of the extensive anticipated discovery motion practice;

WHEREAS, the Parties are entering into this Stipulation in an attempt to avoid unnecessary discovery motion practice, especially in light of the fact that the Parties are attempting to resolve their disputes through continuing discussions with Judge Collins;

WHEREAS, Penske and Prometheus have accordingly agreed that:

IT IS HEREBY STIPULATED and agreed to by and among the Parties that the case management dates be continued by four months, and revised as follows:

///

///

|   | Current Date | Revised Date |
|---|---|---|
| Fact discovery cut-off | Nov. 9, 2012 | Mar 11, 2013 |
| Initial expert disclosure | Dec. 9, 2012 | Apr. 9, 2013 |
| Rebuttal expert disclosures | Jan. 9, 2013 | May 9, 2013 |
| Expert witness discovery | Feb. 9, 2013 | June 10, 2013 |
| Settlement conference | May 17, 2013 | Sept. 13, 2013 |
| Motion cut-off | May 20, 2013 | Sept. 16, 2013 |
| Final pretrial conference | June 28, 2013 (1:30 pm) | Oct. 25, 2013 (1:30 pm) |
| Exhibit conference | July 12, 2013 (3:00 pm) | Nov. 15, 2013 (3:00 pm) |
| Jury trial | July 16, 2013 (9:00 am) | Nov. 19, 2013 (9:00 am) |

DATED: November 9, 2012              FREEDMAN & TAITELMAN, LLP

                                     By: /s/ Bryan J. Freedman
                                         Attorneys for Plaintiff
                                     PENSKE MEDIA CORPORATION


DATED: November 9, 2012              SAUER & WAGNER LLP

                                     By: /s/ Eve H. Wagner
                                         Attorneys for Defendant
                                     PROMETHEUS GLOBAL MEDIA, LLC

///
///
///
///
///

3
JOINT STIPULATION TO EXTEND CASE MANAGEMENT DATES

1 I hereby attest that the concurrence in the filing of this document had been
2 obtained for all signatures indicated by a "conformed" signature (/s/) within this e-
3 filed document.

DATED: November 9, 2012                SAUER & WAGNER, LLP

                                       By: /s/ Eve H. Wagner
                                           Attorneys for Defendant
                                       PROMETHEUS GLOBAL MEDIA, LLC