# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-7560-JST(MRWx) | Date | November 14, 2012 |
| Title | PENSKE MEDIA CORPORATION, etc. v. PROMETHEUS GLOBAL MEDIA LLC, etc. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER ON STIPULATION TO EXTEND CASE MANAGEMENT DATES

  The Court has reviewed the parties' resubmitted stipulation to continue all case management dates in this case. As the Court states in its Standing Order (Doc. 23), which was issued in this case on March 15, 2012, "This Court has a strong interest in keeping scheduled dates certain. Changes in dates are disfavored. Trial dates set by the Court are firm and will rarely be changed. Therefore, any request, whether by application or stipulation, to continue the date of any matter before this Court must be supported by a sufficient basis that demonstrates good cause why the change in the date is essential. Without such compelling factual support, requests to continue dates set by this Court will not be approved." Ongoing settlement discussions generally do not provide a basis to continue all dates. The mediation in this case took place on July 17, 2012, and in the several months that followed, the parties have not settled. The Court will not continue the scheduled dates because of the possibility that the case may settle at some point in the future.

                           _____ : _____

                      Initials of Preparer   enm