1  Bryan J. Freedman, Esq. (SBN 151990)
2  Steven B. Stiglitz, Esq. (SBN 222667)
   FREEDMAN & TAITELMAN, LLP
3  1901 Avenue of the Stars, Suite 500
   Los Angeles, CA 90067
4  Telephone: (310) 201-0005
   Facsimile: (310) 201-0045
5  E-mail: BFreedman@ftllp.com
           SStiglitz@ftllp.com

6  Attorneys for Plaintiff
7  Penske Media Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-VBF (MRWx)<br>Assigned to: Hon. Josephine Stanton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER:**<br>**[PROPOSED] ORDER GRANTING PLAINTIFF PENSKE MEDIA CORPERATION'S NOTICE OF MOTION AND JOINT STIPULATION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC;**<br><br>**NOTICE OF MOTION AND JOINT STIPULATION AND DECLARATION OF STEVEN B. STIGLITZ (filed concurrently)**<br><br>Action filed:     September 14, 2011<br>Trial Date:       July 9, 2013<br><br>Discovery Cut-off: November 9, 2012<br>Pre-trial Conference Date: June 28, 2013<br>Hearing Date:     January 9, 2012<br>Hearing Time:     9:30 a.m.<br>Hearing Location: Courtroom H (9th Fl.) |

1

[PROPOSED] ORDER

Plaintiff Penske Media Corporation's ("Penske") Joint Stipulation for an order compelling Defendant Prometheus Global Media ("Prometheus") to provide further responses to Penske's First Set of Special Interrogatories and Penske's First Set of Requests for Admission, and to produce documents responsive to Penske's First Set of Requests for Production (the "Joint Stipulation re: Discovery") came for a regularly scheduled hearing on January 9, 2013 at 930 a.m. at the United States District Court for the Central District of California, located at 312 North Spring Street Los Angeles, CA 90012, Courtroom H (9th Floor), Los Angeles, CA 90012. Steven B. Stiglitz of Freedman & Taitelman, LLP appeared for Penske. _____ appeared on behalf of Prometheus. Having considered the Joint Stipulation re: Discovery, and the facts and arguments presented at the hearing on the Joint Stipulation re: Discovery, and finding GOOD CAUSE therefore, the Court hereby GRANTS the relief requested by Penske in the Joint Stipulation re: Discovery and issues the following ORDER:

(1) The Court hereby orders Prometheus to provide a further response without objection to the special interrogatories numbered 1, 6, 10-15, and 16 in Penske's First Set of Special Interrogatories within ten (10) business days of this Order.

(2) The Court hereby orders Prometheus to provide a further response without objection to, and to produce documents responsive to, the requests for production of documents numbered 1-10, 27-55, 56-59 in Penske's First Set of Requests for Production within ten (10) business days of this Order.

(3) The Court hereby orders Prometheus to provide a further response without objection to the requests for admission numbered 1-7 and 8-41 in Penske's First Set of Requests for Admission within ten (10) business days of this Order.

Dated: _____, 2013

_____
Hon. Michael R. Wilner
United States Magistrate Judge