EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-JST (MRW)<br>Hon. Josephine Staton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER:**<br>**DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S NOTICE OF MOTION AND JOINT STIPULATION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO PROMETHEUS GLOBAL MEDIA, LLC**<br><br>**JOINT STIPULATION AND DECLARATION OF MANISH M. SHAH IN OPPOSITION TO MOTION (filed concurrently)**<br><br>Action filed:        September 14, 2011<br>Discovery Cut-off:   November 9, 2012<br>Trial Date:          July 9, 2013<br>Hearing Date: |

1

DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S MOTION TO COMPEL

I, Anthony Sbardellati, declare as follows:

1.   I am a member of the bar of the State of California and an associate in the law firm Sauer & Wagner LLP, counsel for defendant Prometheus Global Media, LLC ("Prometheus") in the above-captioned litigation. I make this declaration of my personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.   On July 14, 2012, my co-counsel Jeremy Feigelson emailed counsel for Plaintiff Penske Media Corporation, Steven Stiglitz, and suggested that the parties submit their competing versions of a proposed protective order to the Court with a joint letter in which each side stated its position. A true and correct copy of that email is attached as Exhibit A. Mr. Stiglitz never responded.

3.   Penske's counsel did not provide Prometheus's counsel with a proper draft joint stipulation supporting Penske's motion to compel until the evening of Wednesday November 14, 2012, following two unsuccessful joint attempts by the Parties to obtain an extension of the discovery cut-off from the Court.

4.   Attached hereto as Exhibit B is a true and correct copy of Judge Josephine Staton Tucker's Order on Jury Trial, stating that discovery motions must be filed and served not later than 10 days after the discovery cut-off date (*see* p. 2 § 4).

1 | I declare under penalty of perjury under the laws of the United States and
2 | California that the foregoing is true and correct.

Dated: November 21, 2012
       Los Angeles, CA

/s/ Anthony Sbardellati
Anthony Sbardellati

3

DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S MOTION TO COMPEL