EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-JST (MRW)<br>Hon. Josephine Staton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER: DECLARATION OF MANISH M. SHAH IN OPPOSITION TO PENSKE MEDIA CORPORATION'S MOTION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER (filed concurrently)**<br><br>Action filed: September 14, 2011<br>Trial Date: July 9, 2013<br>Hearing Date: |

Manish M. Shah declares:

1. I am an employee of defendant Prometheus Global Media, LLC ("Prometheus"), where I have been employed since June 2010 in the area of computer services. My job title is Director of Development. Prometheus owns a number of media properties, including The Hollywood Reporter ("THR"), Billboard and Adweek. My job duties include working on and managing the development of the websites for these media properties. Through my job I am generally familiar with how Prometheus runs the technical side of these websites. I make this declaration on personal knowledge.

2. In July and August 2011, Prometheus developed a "carousel" feature for the THR website, www.hollywoodreporter.com. A carousel is a common website feature that causes a series of articles or pictures to rotate through a display window on the homepage. The carousel was a small project, involving the addition to the THR site of a small amount of code. For small projects such as this, Prometheus typically does not create any specific budget, and we did not do so in this case. The project was assigned to Irfan Ali of Nihaki Systems, an outside contractor. Mr. Ali worked with Prometheus from approximately October 2010 to September 2011. During that time, Mr. Ali worked on a daily or near-daily basis on a range of projects for various websites.

3. From approximately June 2010 through October 2010, Prometheus engaged in a project to broadly redesign and relaunch the THR website. This was a much larger project than the later work on the carousel. It involved a different contractor and did not

involve Mr. Ali or Nihaki Systems. The budget for the overall revamping of the THR website was in the seven figures.

4. Prometheus employs many personnel who provide services related to its websites. Prometheus also has regularly hired, and continues to hire, a number of external vendors to work on various website-related projects.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Signed November 21, 2012 at New York, New York:

_____
Manish M. Shah