```
Bryan J. Freedman, Esq. (SBN 151990)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
E-mail:  BFreedman@ftllp.com
         SStiglitz@ftllp.com

Attorneys for Plaintiff
Penske Media Corporation
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-VBF (MRWx)<br>Assigned to: Hon. Josephine Staton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER: PLAINTIFF PENSKE MEDIA CORPERATION'S NOTICE OF ERRATA RE: ELECTRONIC FILING OF MOTION AND JOINT STIPULATION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC**<br><br>Action filed:  September 14, 2011<br>Discovery Cut-off:  November 9, 2012<br>Pre-trial Conference Date: June 28, 2013<br>Trial Date:         July 9, 2013<br>Hearing Date:      January 9, 2013<br>Hearing Time:      9:30 a.m.<br>Hearing Location: Courtroom H (9th Fl.) |

---

1

NOTICE OF ERRATA RE: MOTION AND JOINT STIPULATION RE: DISCOVERY MATTER

TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, the Notice of Motion and Joint Stipulation re: Motion to Compel filed by Plaintiff Penske Media Corporation ("Penske") on November 28, 2012 (Dkt No. 32) (the "Motion") and the accompanying documents (Dkt Nos. 33-35) were filed in error. The Motion correctly states that it is a discovery matter, which must be heard before the Magistrate assigned to the case, with the hearing taking place in the United States District Court located at 312 North Spring Street Los Angeles, CA 90012, Courtroom H (9th Floor), Los Angeles, CA 90012. However, the Motion was inadvertently filed as a matter to be heard before the District Judge assigned to the case.

Dated: November 29, 2012                FREEDMAN & TAITELMAN, LLP

By: _____/s/_____
Bryan J. Freedman
Steven B. Stiglitz
*Attorneys for Plaintiff*
*Penske Media Corporation*

NOTICE OF ERRATA RE: MOTION AND JOINT STIPULATION RE: DISCOVERY MATTER