1 | Bryan J. Freedman, Esq. (SBN 151990)
2 | Steven B. Stiglitz, Esq. (SBN 222667)
  | FREEDMAN & TAITELMAN, LLP
3 | 1901 Avenue of the Stars, Suite 500
  | Los Angeles, CA 90067
4 | Telephone: (310) 201-0005
  | Facsimile: (310) 201-0045
5 | E-mail: BFreedman@ftllp.com
  |         SStiglitz@ftllp.com
6
7 | Attorneys for Plaintiff
  | Penske Media Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 11-7560-VBF (MRWx)<br>Assigned to: Hon. Josephine Stanton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER:**<br>**[PROPOSED] ORDER GRANTING PLAINTIFF PENSKE MEDIA CORPERATION'S NOTICE OF MOTION AND JOINT STIPULATION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC;**<br><br>**NOTICE OF MOTION AND JOINT STIPULATION AND DECLARATION OF STEVEN B. STIGLITZ (filed concurrently)**<br><br>Action filed:　　September 14, 2011<br>Trial Date:　　　July 9, 2013<br><br>Discovery Cut-off:　November 9, 2012<br>Pre-trial Conference Date: June 28, 2013<br>Hearing Date:　　January 9, 2012<br>Hearing Time:　　9:30 a.m.<br>Hearing Location: Courtroom H (9th Fl.) |

---

1

[PROPOSED] ORDER

1    Plaintiff Penske Media Corporation's ("Penske") Joint Stipulation for an order
2 compelling Defendant Prometheus Global Media ("Prometheus") to provide further
3 responses to Penske's First Set of Special Interrogatories and Penske's First Set of
4 Requests for Admission, and to produce documents responsive to Penske's First Set of
5 Requests for Production (the "Joint Stipulation re: Discovery") came for a regularly
6 scheduled hearing on January 9, 2013 at 930 a.m. at the United States District Court for
7 the Central District of California, located at 312 North Spring Street Los Angeles, CA
8 90012, Courtroom H (9th Floor), Los Angeles, CA 90012. Steven B. Stiglitz of Freedman
9 & Taitelman, LLP appeared for Penske. _____ appeared on behalf of
10 Prometheus. Having considered the Joint Stipulation re: Discovery, and the facts and
11 arguments presented at the hearing on the Joint Stipulation re: Discovery, and finding
12 GOOD CAUSE therefore, the Court hereby GRANTS the relief requested by Penske in
13 the Joint Stipulation re: Discovery and issues the following ORDER:

14    (1)    The Court hereby orders Prometheus to provide a further response without
15 objection to the special interrogatories numbered 1, 6, 10-15, and 16 in Penske's First Set
16 of Special Interrogatories within ten (10) business days of this Order.

17    (2)    The Court hereby orders Prometheus to provide a further response without
18 objection to, and to produce documents responsive to, the requests for production of
19 documents numbered 1-10, 27-55, 56-59 in Penske's First Set of Requests for Production
20 within ten (10) business days of this Order.

21    (3)    The Court hereby orders Prometheus to provide a further response without
22 objection to the requests for admission numbered 1-7 and 8-41 in Penske's First Set of
23 Requests for Admission within ten (10) business days of this Order.

25    Dated: _____, 2013    _____
26                                    Hon. Michael R. Wilner
                                      United States Magistrate Judge