1  EVE H. WAGNER (State Bar No. 126471)
   ANTHONY D. SBARDELLATI (State Bar No. 246431)
2  SAUER & WAGNER LLP
   1801 Century Park East, Suite 1150
3  Los Angeles, California 90067
   Tel: (310) 712-8100; Fax: (310) 712-8108
4  E-mail: ewagner@swattys.com; asbardellati@swattys.com

5  JEREMY FEIGELSON (*of counsel*)
   BRUCE P. KELLER (*of counsel*)
6  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
7  New York, New York 10022
   Tel: (212) 909-6000; Fax: (212) 909-6836
8  Email:  jfeigelson@debevoise.com; bpkeller@debevoise.com

9  Attorneys for Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-JST (MRW)<br>Hon. Josephine Staton Tucker<br>Magistrate: Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER: DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC'S NOTICE OF ERRATA RE: ELECTRONIC FILING OF NOTICE OF MOTION AND JOINT STIPULATION RE: FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO PLAINTIFF PENSKE MEDIA CORPORATION**<br><br>Action filed:  September 14, 2011<br>Trial Date:   July 9, 2013<br><br>Hearing Date:   January 9, 2012<br>Hearing Time:   9:30 a.m.<br>Hearing Location:  Courtroom H (9th Fl.) |

1

NOTICE OF ERRATA

TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, the Notice of Motion and Joint Stipulation Re: Further Responses to Written Discovery filed by Defendant Prometheus Global Media, LLC ("Prometheus") on November 29, 2012 (Dkt No. 36) (the "Motion") was filed in error. The Motion correctly states that it is a discovery matter, which must be heard before the Magistrate assigned to the case, with the hearing taking place in the United States District Court located at 312 North Spring Street, Courtroom H (9th Floor), Los Angeles, CA 90012. However, the Motion was inadvertently filed as a matter to be heard before the District Judge assigned to the case.

Dated: November 29, 2012         SAUER & WAGNER LLP

By: _____/s/_____
Eve H. Wagner
Attorneys for Defendant
Prometheus Global Media LLC