EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-7560-JST (MRW)<br>Hon. Josephine Staton Tucker<br>Magistrate: Hon. Michael R. Wilner_____<br><br>**DISCOVERY MATTER: [PROPOSED] ORDER GRANTING DEFENDANT PROMETHEUS GLOBAL MEDIA, LLC'S MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY PROPOUNDED TO PLAINTIFF PENSKE MEDIA CORPORATION**<br><br>**DECLARATION OF ANTHONY SBARDELLATI AND NOTICE OF MOTION AND JOINT STIPULATION (filed concurrently)**<br><br>Action filed:  September 14, 2011<br>Trial Date:   July 9, 2013<br><br>Hearing Date:   January 9, 2012 |

1

[PROPOSED] ORDER

1  The Motion of Defendant Prometheus Global Media LLC ("Prometheus") to Compel Further Responses to Written Discovery Propounded to Penske Media Corporation ("Penske") came for a regularly scheduled hearing on January 9, 2012 at 9:30 a.m. at the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, Courtroom H (9th Floor).  Eve Wagner of Sauer & Wagner LLP appeared for Prometheus.  _____ appeared on behalf of Penske.  Having considered the motion, the Joint Stipulation, declarations and exhibits submitted therewith, and the facts and arguments presented at the hearing on Prometheus's Motion to Compel, and finding GOOD CAUSE therefore, the Court hereby GRANTS the relief requested by Prometheus and issues the following ORDER:

(1)  The Court hereby orders Penske to provide a further and complete response as specified in the motion without objection to the interrogatories numbered 1-2 in Prometheus's First Set of Interrogatories within ten business days of this Order.

(2)  The Court hereby orders Penske to provide a further and complete response as specified in the motion without objection to, and to produce documents responsive to, Prometheus's requests for production of documents numbered 1-4 in Prometheus's First Set of Requests for Production within ten business days of this Order.

DATED:          __, 2013

                                                Hon. Michael R. Wilner
                                                United States Magistrate Judge