Name and address:
Applicant:
Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation<br><br>Plaintiff(s)<br>v.<br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware LLC d/b/a hollywoodreporter.com; and DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-7560-JST (MRW)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Jeremy Feigelson, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Prometheus Global Media, LLC by whom I have been retained.

My business information is:
Debevoise & Plimpton LLP
*Firm Name*
919 Third Avenue
*Street Address*
New York, NY 10022
*City, State, Zip*
212-909-6230
*Telephone Number*

jfeigelson@debevoise.com
*E-Mail Address*
212-521-7230
*Fax Number*

PAID DEC 4 2012

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Fourth Circuit | August 5, 2009 |
| U.S. Court of Appeals for the Second Circuit | October 23, 1996 |
| U.S. District Court for the Southern District of New York | August 19, 1994 |
| U.S. District Court for the Eastern District of New York | November 19, 1993 |
| New York State Bar | May 5, 1993 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Eve Wagner as local counsel, whose business information is as follows:

Sauer & Wagner LLP
*Firm Name*

1801 Century Park East, Suite 1150
*Street Address*

Los Angeles, CA 90067                ewagner@swattys.com
*City, State, Zip*                       *E-Mail Address*

310-712-8104                          310-712-8108
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   December 4, 2012

Jeremy Feigelson
*Applicant's Name (please print)*

*[signature]*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   December 4, 2012

Eve Wagner
*Designee's Name (please print)*

*[signature]*
*Designee's Signature*

126471
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeremy Peter Feigelson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 5th day of May 1993, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 04, 2012.

*Aprilanne Agostino*

Clerk of the Court

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA059098
Cashier ID: llcash
Transaction Date: 12/04/2012
Payer Name: sauer n wagner llp
-----------------------------------------
PRO HAC VICE
 For: sauer n wagner llp
 Case/Party: D-CAC-2-12-AT-002012-001
 Amount:         $325.00
-----------------------------------------
CHECK
 Check/Money Order Num: 8566
 Amt Tendered: $325.00
-----------------------------------------
Total Due:     $325.00
Total Tendered: $325.00
Change Amt:    $0.00

cv117560 jeremy feigelson

debevoise n plimpton llp

919 3rd ave new york ny 10022


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```