Name & Address:
Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation<br><br>Plaintiff(s)<br>v.<br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware LLC d/b/a hollywoodreporter.com; and DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 11-7560-JST (MRW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Jeremy Feigelson__, of __Debevoise & Plimpton LLP / 919 Third Ave., New York, NY 10022__
    *Applicant's Name*                                         *Firm Name / Address*

__(212) 909-6230__                                    __jfeigelson@debevoise.com__
   *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of __Eve Wagner / 126471__
                           *Local Counsel Designee /State Bar Number*

of __Sauer & Wagner LLP / 1801 Century Park East, Suite 1150, Los Angeles, CA 90067__
                           *Local Counsel Firm / Address*

__(310) 712-8104__                                     __ewagner@swattys.com__
   *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                                      U. S. District Judge/U.S. Magistrate Judge