# EXHIBIT A

# Steven Stiglitz

| | |
|---|---|
| **From:** | Steven Stiglitz |
| **Sent:** | Wednesday, October 17, 2012 5:43 PM |
| **To:** | 'Anthony Sbardellati'; 'Eve Wagner'; 'Feigelson, Jeremy' |
| **Subject:** | Penske v. Prometheus |
| **Attachments:** | Joint Stipulation.pdf; Stiglitz Decl re Joint Stipulation.pdf; Proposed Order.pdf |

Counsel,

Given that the parties have been unable to successfully resolve their disputes and that Prometheus still is standing on its objections to the vast majority of Penske Media Corporation's ("Penske") first sets of written discovery, Penske intends to seek an order compelling further responses and production. Therefore, pursuant to Federal Rules of Civil Procedure sections 26, 33, 34, 36, and 37, and Local Rules 37-1 and 37-2, I am attaching Penske's portion of the joint stipulation regarding the pending disputes, along with a supporting declaration and proposed order. Please provide Prometheus Global Media, LLC's portion of the joint stipulation in the time provided under Local Rule 37-2 so that I can insert it into the attached document and file it with the magistrate judge. Thanks for your cooperation in this matter.

Best regards,
Steve


Steven B. Stiglitz, Esq.
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
310-201-0005
310-201-0045 facsimile
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.