EXHIBIT C

## Steven Stiglitz

**From:**        Steven Stiglitz
**Sent:**        Wednesday, November 14, 2012 6:00 PM
**To:**          'Anthony Sbardellati'; Eve Wagner
**Cc:**          Bryan Freedman
**Subject:**     PMC/Prometheus
**Attachments:** FTEDOCS-#172373-v3-PMC--motion_to_compel.doc

Anthony and Eve,

Please provide dates for the previously-noticed deposition of Joseph Kapsch.  If we don't receive those dates by tomorrow, we will move to compel his deposition.

Also, I am attaching the joint stipulation re: motion to compel written discovery again.  This version has the same content as the prior version I sent, but adjusts the formatting as you requested.  Please provide your portion of the joint stip within the time provided by statute so that we can file it promptly.

Best
Steve


Steven B. Stiglitz, Esq.
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
310-201-0005
310-201-0045 facsimile
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.