EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (of counsel)
(Pro Hac Vice Application Pending)
BRUCE P. KELLER (of counsel)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email:  jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV 11-7560-JST (MRW)<br><br>Hon. Josephine Staton Tucker<br>Magistrate:  Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER:<br>DECLARATION OF WILLIAM C. WEEKS IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM**<br><br>**MEMORANDUM IN OPPOSITION TO MOTION (filed concurrently)**<br><br>Action filed:        September 14, 2011<br>Discovery Cut-off: November 9, 2012<br>Trial Date:          July 9, 2013 |

DECLARATION OF WILLIAM C. WEEKS IN OPPOSITION TO PLAINTIFF PENSKE
MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM

I, William C. Weeks, declare as follows:

1. I am a member of the bar of the State of New York and an associate in the law firm Debevoise & Plimpton LLP, counsel for defendant Prometheus Global Media, LLC ("Prometheus"). My law firm works on this matter with Sauer & Wagner LLP, Prometheus's counsel of record. Two partners in my firm, Jeremy Feigelson and Bruce P. Keller, have appeared as "Of Counsel" on Prometheus's filings in this case. Mr. Feigelson's pro hac vice application is pending. I make this declaration of my personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Counsel for Penske Media Corporation ("Penske"), Steven Stiglitz, initially provided a Notice of Motion to Compel and Joint Stipulation to Prometheus's counsel on October 17, 2012. I had a telephone conversation with Mr. Stiglitz in which I requested that Penske provide a revised Joint Stipulation that complied with the formal requirements of Local Rule 37-2.2. Mr. Stiglitz agreed to do so, with the understanding that doing so would not re-start the seven-day period for Prometheus's response under Local Rule 37-2.2 – I agreed to this. Subsequently, the parties decided to jointly request an extension of all case management dates. At no time did I make any agreement with Mr. Stiglitz with respect to what would happen if the Court denied that request and Penske attempted to renew its motion. After the Court denied the parties' request, Mr. Stiglitz provided Prometheus's counsel with the joint stipulation, which he had revised in form in an attempt to comply with the requirements of Local Rule 37-2.1.

///

///

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 5, 2012, at Los Angeles, California

                /s/ William C. Weeks
                  William C. Weeks

2

DECLARATION OF WILLIAM C. WEEKS IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM