EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (of counsel)
(Pro Hac Vice Application Pending)
BRUCE P. KELLER (of counsel)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email:  jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.:  CV 11-7560-JST (MRW)<br><br>Hon. Josephine Staton Tucker<br>Magistrate:  Hon. Michael R. Wilner<br><br>**DISCOVERY MATTER:**<br>**DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM**<br><br>**MEMORANDUM IN OPPOSITION TO MOTION (filed concurrently)**<br><br>Action filed:         September 14, 2011<br>Discovery Cut-off: November 9, 2012<br>Trial Date:           July 9, 2013 |

DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF
PENSKE MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM

I, Anthony Sbardellati, declare as follows:

1. I am a member of the bar of the State of California and an associate in the law firm Sauer & Wagner LLP, counsel for defendant Prometheus Global Media, LLC ("Prometheus") in the above-captioned litigation. I make this declaration of my personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an email that I received from Steven Stiglitz, counsel for Plaintiff Penske Media Corporation ("Penske"), on Monday October 29, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of an email that I received from Mr. Stiglitz on Friday November 9, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of an email that Eve Wagner, a partner in my firm, sent to Mr. Stiglitz on Friday November 16, 2012.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 5, 2012, at Los Angeles, California

                                  /s/ Anthony Sbardellati
                                    Anthony Sbardellati

1

DECLARATION OF ANTHONY SBARDELLATI IN OPPOSITION TO PLAINTIFF PENSKE MEDIA CORPORATION'S SUPPLEMENTAL MEMORANDUM