-----Original Message-----
From: Steven Stiglitz [mailto:sstiglitz@ftllp.com]
Sent: Monday, October 29, 2012 5:03 PM
To: Eve Wagner; Bryan Freedman
Cc: Anthony Sbardellati
Subject: RE: Stip pushing out dates

Eve,

I am responding on Bryan's behalf to let you know that Penske Media Corp will agree to the stay you requested, subject to the Court's approval. Therefore, the discovery joint stip appears to be moot. Please send the stipulation for stay at your earliest opportunity.

Thanks
Steve



Steven B. Stiglitz, Esq.
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
310-201-0005
310-201-0045 facsimile
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



-----Original Message-----
From: Eve Wagner [mailto:ewagner@swattys.com]
Sent: Monday, October 29, 2012 10:29 AM
To: Bryan Freedman
Cc: Steven Stiglitz

Subject: RE: Stip pushing out dates

Hi Bryan,

Just checking in re: the six month continuance (inc. discovery and the motion). BTW: we still have not received the stip in the correct format and everyone in New York is dealing with the storm. Accordingly, we will need to push out our response time in any event.

Thanks,
Eve

-----Original Message-----
From: Bryan Freedman [mailto:bfreedman@ftllp.com]
Sent: Friday, October 26, 2012 5:58 PM
To: Eve Wagner
Cc: Steven Stiglitz
Subject: RE: Stip pushing out dates

I actually agreed that the 6 months would be a good idea but that I needed to talk to my client first and will do so. If your side is not agreeing to the language then it would seem prudent to at least resolve our discovery dispute but in any event, I will confirm the 6 months once I speak to my side.



Bryan J. Freedman, Esq.
1901 Avenue of the Stars, Suite 500
Los Angeles, California  90067
(310) 201-0005 Phone
(310) 201-0045 Facsimile
www.ftllp.com
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


-----Original Message-----
From: Eve Wagner [mailto:ewagner@swattys.com]
Sent: Friday, October 26, 2012 5:05 PM
To: Bryan Freedman
Subject: FW: Stip pushing out dates

Hi Bryan,

I was surprised to receive this following our call. Either we should be able to get this settled within the next few weeks or not. But, as I thought we both agreed, it doesn't make sense to have both sides' filing and battling counter discovery motions and worrying about an impending discovery cut-off. Moreover, Steve still haven't sent us the revised discovery stip which complies with the rules and our response is due shortly.

My understanding of our call was we were going to push everything out by six months. Please let me know if you disagree.

Thanks,
Eve

-----Original Message-----
From: Steven Stiglitz [mailto:sstiglitz@ftllp.com]
Sent: Friday, October 26, 2012 4:15 PM
To: Weeks, William
Cc: Eve Wagner; Feigelson, Jeremy
Subject: RE: Stip pushing out dates

Bill,

I spoke with Bryan right after I received your email and he told me that he thought the discovery was important to help settle the case (which is the same thing that I relayed to you the other day after I previously spoke with Bryan).

I will send you a substantively equivalent, slightly re-ordered joint stip shortly.


Steven B. Stiglitz, Esq.
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
310-201-0005
310-201-0045 facsimile
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


-----Original Message-----
From: Weeks, William [mailto:wcweeks@debevoise.com]
Sent: Friday, October 26, 2012 4:11 PM
To: Steven Stiglitz
Subject: Re: Stip pushing out dates

Hi Steve -

I just confirmed with Eve that Bryan said the motion to compel dates would be pushed as well - perhaps you could touch base with him? I also figured that that was your understanding, as I didn't receive a re-structured joint stip from you. Unfortunately, I'm sitting on a plane that's about to take off. If you need to reach anyone on our side in the next few hours, could you reach out to Eve or to Jeremy?

Thanks,

3

Bill

----- Original Message -----
From: Steven Stiglitz [mailto:sstiglitz@ftllp.com]
Sent: Friday, October 26, 2012 06:18 PM
To: Weeks, William
Subject: RE: Stip pushing out dates

As discussed the other day, we believe that getting the discovery at issue in the motion is going to advance settlement negotiations (which is the whole point of requesting the continuance). Therefore, please exclude the motion to compel from the stip.

Thanks
Steve



Steven B. Stiglitz, Esq.
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
310-201-0005
310-201-0045 facsimile
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



-----Original Message-----
From: Weeks, William [mailto:wcweeks@debevoise.com]
Sent: Friday, October 26, 2012 3:15 PM
To: 'sstiglitz@ftllp.com'
Subject: Stip pushing out dates

Dear Steve,

I understand from Eve Wagner that there's agreement to push all deadlines out by six months. We'll send a stip for your review. This of course contemplates that if the court has an issue with the dates in the stip, we would also work out with you a new schedule on the motion to compel.

Regards,

Bill

4