**From:** Steven Stiglitz [mailto:sstiglitz@ftllp.com]
**Sent:** Friday, November 09, 2012 12:02 PM
**To:** Eve Wagner; Anthony Sbardellati
**Subject:** PMC--stip_to_extend_dates

Anthony and Eve,

Here is the revised stip. Can you please take a look and see whether you think this improves our position on good cause to extend the dates? I included a 4-month extension as an alternative, but I kept the 6-month in there as the base-line request.

Thanks
Steve