Name & Address:
Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation<br><br>Plaintiff(s)<br>v.<br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware LLC d/b/a hollywoodreporter.com; and DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 11-7560-JST (MRW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Jeremy Feigelson**, of **Debevoise & Plimpton LLP / 919 Third Ave., New York, NY 10022**
    *Applicant's Name*                    *Firm Name / Address*

**(212) 909-6230**                    **jfeigelson@debevoise.com**
  *Telephone Number*                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of **Eve Wagner / 126471**
                *Local Counsel Designee /State Bar Number*

of **Sauer & Wagner LLP / 1801 Century Park East, Suite 1150, Los Angeles, CA 90067**
                *Local Counsel Firm / Address*

**(310) 712-8104**                    **ewagner@swattys.com**
  *Telephone Number*                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated **December 11, 2012**         **JOSEPHINE STATON TUCKER**
                                   U. S. District Judge/U.S. Magistrate Judge