UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7560 JST (MRWx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | Penske Media Corp. v. Prometheus Global Media LLC | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER SEALING DOCUMENT

The Court received and reviewed a report from the parties regarding the status of a potential resolution of the action. Given the nature of the document and on the Court's own motion, the report will be filed under seal and will not be publicly available.

The parties have leave to file future similar status reports under seal without need for a separate application under Local Rule 79. The face page of such a sealed filing may state "FILED UNDER SEAL PER JUDGE WILNER'S DEC. 20 ORDER."