

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge Fernando M. Olguin | ORDER OF THE CHIEF JUDGE<br><br>13 042 |

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fernando M. Olguin,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Josephine Staton Tucker to the calendar of Judge Fernando M. Olguin:

| | | | | |
|---|---|---|---|---|
| CV | 11 | 05652 | JST(JC) | Ryan Patrick Madden v. Matthew Cate |
| CV | 11 | 07560 | JST(MRWx) | Penske Media Corporation v. Prometheus Global Media LLC et al |
| CV | 12 | 05634 | JST(FFM) | Toomaura Y Wagoner v. Michael J Astrue |
| ED | 11 | 01496 | JST(PJW) | Ruben Chapa v. Tim Busby |
| SA | 11 | 01386 | JST(ANx) | Phillip Chang et al v. The Boeing Care Plan for Non-Union Employees et al |
| SA | 11 | 01584 | JST(JPRx) | Felzabeth S Escuadro v. JPMorgan Chase Bank NA et al |
| SA | 11 | 01913 | JST(RNBx) | Linda Tajik v. ETfile Inc |
| SA | 12 | 00096 | JST(ANx) | DOES 1-4 v. William Grover Arnett et al |
| SA | 12 | 00491 | JST(MRWx) | Cynthia Bauer et al v. Debtmerica LLC et al |
| SA | 12 | 00547 | JST(ANx) | Matthew Rollins v. Scope Orthotics & Prosthetics, Inc et al |
| SA | 12 | 00776 | JST(JPRx) | Construction Laborers Trust Funds for Southern California Administration Company v. Reza Mohammedi et al |
| SA | 12 | 00781 | JST(JPRx) | James Morris et al v. CountryWide Home Loans Inc et al |
| SA | 12 | 01068 | JST(JPRx) | Altinex Inc v. Evervue USA Inc et al |
| SA | 12 | 01588 | JST(MLGx) | Marrero v. US Bank National Association et al |

DATED: January 18, 2013

                                                      Chief Judge George H. King