BRYAN J. FREEDMAN (State Bar No. 151990)
STEVEN B. STIGLITZ (State Bar No. 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
E-mail: BFreedman@ftllp.com; SStiglitz@ftllp.com

Attorneys for Plaintiff Penske Media Corporation

EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100; Fax: (310) 712-8108
E-mail: ewagner@swattys.com; asbardellati@swattys.com

JEREMY FEIGELSON (*of counsel*)
BRUCE P. KELLER (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-600; Fax: (212) 521-7230
Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

Attorneys for Defendant Prometheus Global Media, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,

    Plaintiff,

v.

PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,

    Defendants.

CASE NO. CV11-7560-FMO (MRW)

Hon. Fernando M. Olguin

**[PROPOSED] ORDER RE: SETTLEMENT AND DISMISSAL OF CASE**

1

The Court, having considered the Stipulation and Order of Dismissal (the "Stipulation") executed and filed by Plaintiff Penske Media Corporation ("PMC") and Defendant Prometheus Global Media, LLC ("Prometheus"), and finding GOOD CAUSE therefor, hereby approves the terms of the resolution of this litigation stated in the Stipulation. Therefore, this case is dismissed with prejudice and without any award of attorneys' fees or of costs. Upon the Court's endorsement below, the Clerk of Court is directed to close the case. IT IS SO ORDERED.

Dated: _____, 2013

_____
Hon. Fernando M. Olguin
United States District Judge