| | |
|---|---|
| 1 | BRYAN J. FREEDMAN (State Bar No. 151990) |
| | STEVEN B. STIGLITZ (State Bar No. 222667) |
| 2 | FREEDMAN & TAITELMAN, LLP |
| | 1901 Avenue of the Stars, Suite 500 |
| 3 | Los Angeles, CA 90067 |
| | Telephone:  (310) 201-0005 |
| 4 | Facsimile:  (310) 201-0045 |
| | E-mail:  BFreedman@ftllp.com; SStiglitz@ftllp.com |
| 5 | |
| | Attorneys for Plaintiff Penske Media Corporation |
| 6 | |
| 7 | EVE H. WAGNER (State Bar No. 126471) |
| | ANTHONY D. SBARDELLATI (State Bar No. 246431) |
| 8 | SAUER & WAGNER LLP |
| | 1801 Century Park East, Suite 1150 |
| 9 | Los Angeles, California 90067 |
| | Tel: (310) 712-8100; Fax: (310) 712-8108 |
| 10 | E-mail: ewagner@swattys.com; asbardellati@swattys.com |
| 11 | JEREMY FEIGELSON (*of counsel*) |
| | BRUCE P. KELLER (*of counsel*) |
| 12 | DEBEVOISE & PLIMPTON LLP |
| | 919 Third Avenue |
| 13 | New York, New York 10022 |
| | Tel: (212) 909-600; Fax: (212) 521-7230 |
| 14 | Email:  jfeigelson@debevoise.com; bpkeller@debevoise.com |
| 15 | Attorneys for Defendant Prometheus Global Media, LLC |

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation, | CASE NO. CV11-7560-FMO (MRW) |
| | Hon. Fernando M. Olguin |
| Plaintiff, | **ORDER RE: SETTLEMENT AND DISMISSAL OF CASE** |
| v. | |
| PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

1  The Court, having considered the Stipulation and Order of Dismissal (the
2  "Stipulation") executed and filed by Plaintiff Penske Media Corporation ("PMC")
3  
4  and Defendant Prometheus Global Media, LLC ("Prometheus"), and finding
5  GOOD CAUSE therefor, hereby approves the terms of the resolution of this
6  litigation stated in the Stipulation.  Therefore, this case is dismissed with prejudice
7  
8  and without any award of attorneys' fees or of costs.  Upon the Court's
9  endorsement below, the Clerk of Court is directed to close the case.  IT IS SO
10 ORDERED.
11
12
13 Dated:  March 25, 2013
                                                 _____/s/_____
14                                               Hon. Fernando M. Olguin
                                                 United States District Judge