AO 121 (6/90)

FILED

| TO: | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

LACV11-7560

United States District Court, Central District of California
312 N. Spring Street, Main Floor
Los Angeles, CA 90012

| PLAINTIFF | DEFENDANT |
|---|---|
| PENSKE MEDIA CORPORATION, a Delaware corporation, d/b/a PMC | PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | 1-660021819 | Source Code for TV Line Website 07/11/11 Version | PENSKE MEDIA CORPORATION |
| 2 | 1-660021796 | Source Code for TV Line Website 06/06/11 Version | PENSKE MEDIA CORPORATION |
| 3 | 1-660021773 | Source Code for TV Line Website 05/18/11 Version | PENSKE MEDIA CORPORATION |
| 4 | 1-660021720 | Source Code for TV Line Website 04/01/11 Version | PENSKE MEDIA CORPORATION |
| 5 | 1-660021674 | Source Code for TV Line Website 03/08/11 Version | PENSKE MEDIA CORPORATION |

*Continued, see **Attachment**

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☐ Yes ☒ No | 3/25/13 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | J. Lam | 3/25/2013 |

3) Upon termination of action,
mail copy to Register of Copyrights

## Attachment to

## Report on the Filing or Determination of an Action
## or Appeal Regarding a Copyright

Plaintiff:
PENSKE MEDIA CORPORATION, a
Delaware corporation, d/b/a PMC

Defendant:
PROMETHEUS GLOBAL MEDIA, LLC, a
Delaware limited liability company d/b/a
hollywoodreporter.com; and DOES 1
through 10, inclusive

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6   1-660021651 | Source Code for TV Line Website 03/04/11 Version | PENSKE MEDIA CORPORATION |
| 7   1-660021627 | Source Code for TV Line Website 01/19/11 Version | PENSKE MEDIA CORPORATION |
| 8   1-659849701 | Source Code for TV Line Website 01/05/11 Version | PENSKE MEDIA CORPORATION |