```
 1  BRYAN J. FREEDMAN (State Bar No. 151990)
    STEVEN B. STIGLITZ (State Bar No. 222667)
 2  FREEDMAN & TAITELMAN, LLP
    1901 Avenue of the Stars, Suite 500
 3  Los Angeles, CA 90067
    Telephone: (310) 201-0005
 4  Facsimile: (310) 201-0045
    E-mail: BFreedman@ftllp.com; SStiglitz@ftllp.com
 5
    Attorneys for Plaintiff Penske Media Corporation
 6

 7  EVE H. WAGNER (State Bar No. 126471)
    ANTHONY D. SBARDELLATI (State Bar No. 246431)
 8  SAUER & WAGNER LLP
    1801 Century Park East, Suite 1150
 9  Los Angeles, California 90067
    Tel: (310) 712-8100; Fax: (310) 712-8108
10  E-mail: ewagner@swattys.com; asbardellati@swattys.com

11  JEREMY FEIGELSON (of counsel)
    BRUCE P. KELLER (of counsel)
12  DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
13  New York, New York 10022
    Tel: (212) 909-600; Fax: (212) 521-7230
14  Email: jfeigelson@debevoise.com; bpkeller@debevoise.com

15  Attorneys for Defendant Prometheus Global Media, LLC

16                                                       JS-6

17              UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
18
```

|  |  |
|---|---|
| PENSKE MEDIA CORPORATION, dba PMC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-7560-FMO (MRW)<br><br>Hon. Fernando M. Olguin<br><br>**ORDER RE: SETTLEMENT AND DISMISSAL OF CASE** |

1

The Court, having considered the Stipulation and Order of Dismissal (the "Stipulation") executed and filed by Plaintiff Penske Media Corporation ("PMC") and Defendant Prometheus Global Media, LLC ("Prometheus"), and finding GOOD CAUSE therefor, hereby approves the terms of the resolution of this litigation stated in the Stipulation.  Therefore, this case is dismissed with prejudice and without any award of attorneys' fees or of costs.  Upon the Court's endorsement below, the Clerk of Court is directed to close the case.  IT IS SO ORDERED.

Dated:  March 25, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge